No. 78–632.   BULLOCK ET AL. v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 78–645.   MARTIN ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 78–5005.   EASLEY v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 78–5074.   RANGER ET AL. v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 78–5094.   MIGNONA v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 78–5101.   ADAMS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 78–5120.   SMITH v. BREWER, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 78–5138.   LEWIS ET AL. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 78–5151.   WIGGINS v. ESTELLE, CORRECTIONS DIRECTOR.   Ct. Crim. App. Tex.   Certiorari denied.

No. 78–5178.   BOYER v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 78–5270.   PROCTOR v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 78–5276.   MOWAT ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 78–5295.   ETLEY ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 78–5305.   JENKINS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.